[Nos. 69126-1-I; 69127-9-I.   Division One.   October 7, 2013.]

*In the Matter of the Dependency of* T.M.S. ET AL.

REBEKKA MCCRAY, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King County, Nos. 11-7-02401-4 and 11-7-02400-6, Kimberley Prochnau, J., entered July 6, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Verellen, JJ.

[No. 69237-2-I.   Division One.   October 7, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. SHIRLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00306-3, George N. Bowden, J., entered July 13, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 42305-7-II.   Division Two.   October 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA NATHAN REESE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01902-4, Rosanne Buckner, J., entered June 28, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 42787-7-II.   Division Two.   October 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. OLIVER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-05834-4, Susan Serko, J., entered October 14, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Bjorgen, J.